414 A.2d 351

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Paul S. STANLEY, Appellant.**

Supreme Court of Pennsylvania.

Argued April 24, 1980.

Decided May 30, 1980.

Arthur G. Nassau, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Asst. Dist. Atty., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY, and KAUFFMAN, JJ.

OPINION

PER CURIAM:

Order affirmed.